UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff   )<br>)<br>    v.    )<br>)<br>ROBERTO VARGAS   )<br>)<br>    Defendant   )<br>) | DOCKET NO: 19-cr-10459-RWZ |

## ASSENTED MOTION TO MODIFY CONDITIONS OF RELEASE

Roberto Vargas respectfully moves this Court to modify his conditions of release to permit him to move to his mother's residence. The address has been provided to probation. Vargas was living with his long-term girlfriend since his release from custody, but they have ended their relationship. The Government, through AUSA Mallard, assents to this motion.

Attorney for ROBERTO VARGAS,

*/s/Keren Goldenberg*
Keren Goldenberg
BBO #657629
19A Alexander Ave.
Belmont, MA  02478
(617) 431-2701
keren@kgdefenselaw.com

Date: August 31, 2020

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, August 31, 2020

*/s/Keren Goldenberg*_____
Keren Goldenberg